IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 18-cv-1122-WJM-KMT

COURAGE TO CHANGE RANCHES HOLDING
COMPANY, a Colorado non-profit corporation
d/b/a Soaring Hope Recovery Center,

      Plaintiff,

v.

EL PASO COUNTY, COLORADO

      Defendant.

---

## VERDICT FORM

---

We, the jury, upon our oaths, find and state as follows:

### Part A: Liability

**1.** Has the Plaintiff proven, by a preponderance of the evidence, its Fair Housing Act claim against the Defendant?

      _____ YES

      __X__ NO

**2.** Has the Plaintiff proven, by a preponderance of the evidence, its Americans with Disabilities Act claim against the Defendant?

      _____ YES

      __X__ NO

> If your answer to Questions 1 or 2 is "Yes", go on to Questions 3 and 4. Otherwise, skip Questions 3 and 4 and go directly to the signature block at the end of this verdict form.

## Part B: Damages.

3. Do you find that Defendant has proven, by a preponderance of the evidence, its affirmative defense of failure to mitigate damages?

   _____ YES

   _____ NO

If you answered "YES", you must reduce any damages you award to Plaintiff as set forth in the mitigation of damages instruction.

4. What amount of damages do you award to the Plaintiff, if any, to reasonably and fairly compensate it for the injuries which you believe the Defendant caused it?

   $ _____

*The Foreperson must sign and date this Verdict Form, and then give a note to the court security officer stating that you have reached a verdict, but do not give this Verdict Form to the court security officer.*

May 14th 2021
DATE

2:41 pm
TIME

[REDACTED]
FOREPERSON